HARVEY B. HURD *et al.*
*v.*
ANDREW J. BROWN.

WRIT OF ERROR to the Superior Court of Chicago; the Hon. VAN H. HIGGINS, Judge, presiding.

Messrs. HURD, BOOTH & KREAMER, for the plaintiffs in error.

Mr. W. T. BURGESS, for the defendant in error.

Mr. JUSTICE LAWRENCE: The same question in regard to the admissibility of witnesses is presented in this case as in the preceding case of *Brown* v. *Hurd*, decided at the present term of the court. The same facts are presented by this record, the parties being reversed. We held, in that case, that the parties who had been defaulted were not competent witnesses to charge the defendant as a copartner.

We so hold in this case. The judgment is reversed and the cause remanded.

*Judgment reversed.*